**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

JOSEPH BALDRIDGE and
DIANNE BALDRIDGE,

Debtors.
_______________________________________/

Case No. 12-14612
Bankruptcy Case No. 12-42961

JOSEPH BALDRIDGE and
DIANNE BALDRIDGE,

Appellants,

v.

DOUGLAS ELLMANN,
CHAPTER 7 TRUSTEE,

Appellee.
_______________________________________/

**JUDGMENT**

In accordance with the court's "Opinion and Order Affirming the Bankruptcy Court's Decision to Deny Appellants' Homestead Exemptions" dated April 24, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Appellee Douglas Ellmann. Dated at Detroit, Michigan, this 24th day of April 2013.

DAVID J. WEAVER
CLERK OF THE COURT

s/ Lisa Wagner
By: Lisa Wagner, Case Manager
to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\12-14612.BALDRIDGE.Judgment.wpd