UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

JOSEPH BALDRIDGE and Case No. 12-14612
DIANNE BALDRIDGE, Bankruptcy Case No. 12-42961

 Debtors.
 /

JOSEPH BALDRIDGE and
DIANNE BALDRIDGE,

 Appellants,

v.

DOUGLAS ELLMANN,
CHAPTER 7 TRUSTEE,

 Appellee.
 /

## JUDGMENT

In accordance with the court's "Opinion and Order Affirming the Bankruptcy Court's Decision to Deny Appellants' Homestead Exemptions" dated April 24, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Appellee Douglas Ellmann.  Dated at Detroit, Michigan, this 24th day of April 2013.

 DAVID J. WEAVER
 CLERK OF THE COURT

 s/ Lisa Wagner
 By:  Lisa Wagner, Case Manager
 to Judge Robert H. Cleland